UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PLUMBERS AND STEAMFITTERS                        CIVIL ACTION
LOCAL 60 HEALTH AND WELFARE FUND, ET AL.

v.                                               NO. 10-1074

AMERITECH A/C & HEATING, LLC                     SECTION "F"


ORDER AND REASONS

Local Rule 7.5 of the Eastern District of Louisiana requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date.  No memoranda in opposition to the plaintiffs' motion to reopen, noticed for submission on September 21, 2011, has been submitted.

Accordingly, this motion is deemed to be unopposed, and further, it appearing to the Court that the motion has merit,[1] IT IS ORDERED that the plaintiffs' motion to reopen is GRANTED as unopposed.

New Orleans, Louisiana, September 19, 2011

_____
MARTIN L. C. FELDMAN
UNITED STATES DISTRICT JUDGE

---

[1] The plaintiffs seek to reopen the case to enforce the settlement agreement entered into between the parties.  They suggest that the defendants have failed to comply with the terms of the settlement agreement by failing to make payments as due under the parties' agreement.  The Court will consider the merits of the plaintiffs' request to enforce the parties' settlement once the request is made by proper motion.

1